| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 21-14359 / MEH**

Nadia Y. De Souza

Petition Filed Date: 05/25/2021
341 Hearing Date: 06/24/2021
Confirmation Date: 03/09/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2024 | $150.00 | | 02/12/2024 | $150.00 | | 03/11/2024 | $150.00 | |
| 04/15/2024 | $150.00 | | 05/13/2024 | $150.00 | | 06/10/2024 | $150.00 | |
| 07/15/2024 | $150.00 | | 08/12/2024 | $150.00 | | 09/10/2024 | $150.00 | |
| 10/15/2024 | $150.00 | | 11/12/2024 | $150.00 | | 12/09/2024 | $150.00 | |

**Total Receipts for the Period:  $1,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nadia Y. De Souza | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Russell L. Low, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $11,004.07 | $995.36 | $10,008.71 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,532.12 | $229.05 | $2,303.07 |
| 3 | THRIFT INVESTMENT CORP<br>»» 2008 CHEVROLET EXPRESS VAN | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» SYNCHRONY/PC RICHARD | Unsecured Creditors | $1,176.94 | $106.46 | $1,070.48 |
| 5 | Midfirst Bank<br>»» P/10 LEE AVE/1ST MTG/FIRST GUARANTY/LOAN MOD ORD 3/9/22/MONEY SOURCE | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | HYUNDAI CAPITAL AMERICA (HCA)<br>»» 2020 KIA OPTIMA/LEASE ASSUMED | Debt Secured by Vehicle | $299.00 | $299.00 | $0.00 |
| 7 | CITIBANK, N.A.<br>»» HOME DEPOT CONSUMER CC | Unsecured Creditors | $913.78 | $82.65 | $831.13 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $1,354.72 | $122.54 | $1,232.18 |
| 9 | PNC BANK | Unsecured Creditors | $1,189.42 | $107.58 | $1,081.84 |

**Chapter 13 Case No. 21-14359 / MEH**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,450.00 | Plan Balance: | $750.00 ** |
| Paid to Claims: | $5,692.64 | Current Monthly Payment: | $150.00 |
| Paid to Trustee: | $482.85 | Arrearages: | $150.00 |
| Funds on Hand: | $274.51 | Total Plan Base: | $7,200.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.